No. 2687.—Wm. Sadler *v.* Wm. D. Gayle—C. O. Gayle, Administrator.

A sheriff who received from his predecessor an amount of money, made on execution, for which he gave his receipt as sheriff, for the amount in dollars without any qualification, can not set up against the demand of the judgment creditor that the sum received was Confederate notes.

APPEAL from District Court, parish of East Feliciana. *Posey,* J. *McVea & Hunter,* for plaintiff and appellee. *Kernan & Lyons,* for defendant and appellant.

Howell, J. The plaintiff claims of the defendant a sum of money received by him as sheriff on an execution in the suit of Sadler *v.* Crawford. The defense is a general denial and the averments that the defendant was not the legal sheriff at the time, and that the sum recovered was in Confederate treasury notes.

There is an admission in the record that the defendant was the *sheriff* at the date, January, 1862, when he recovered the money claimed, and as the necessities and interests of society required such

an officer during the late war, his official acts must be recognized as legal.

The evidence does not sustain the other ground of defense. In November, *eighteen hundred and sixty*, the money was made by sheriff Norwood under an execution in the above named suit of Sadler *v.* Crawford, and on the second of January, 1862, he turned the writ and the money over to his successor, the defendant, who gave his receip., as sheriff, for the amount in dollars, without qualification, as indeed, he could only have done. He is liable, therefore, for the money.

Judgment affirmed.